## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In Re:   Kojetta Flynn Bennett                                Chapter 13

                                                              Case No. _

Debtor.

## Chapter 13 Plan

Address:        Debtor   4564 S. Berry Park Lane, Memphis, TN 38141

Plan Payment:

Debtor Shall Pay:   $736.00 Every Two Weeks

   Or by:  (X) Payroll Deduction   Mata, 1370 Levee Road, Memphis, TN 38108

1.   This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                              (X) Yes   ( )   No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim (X) Yes   ( )   No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                            ( ) Yes   (X)   No

2.   Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3.   Auto Insurance:      ( ) Included in Plan      Or (X) Not Included in Plan if proof provided by Debtor

4.   Domestic Support Paid By:  ( ) Debtor Directly  ( ) Wage Assignment   ( ) Trustee To:          Monthly Pmt.

   _____   ongoing payment begins   _____   _____

   _____   Approximate arrearage   _____   _____

   _____   ongoing payment begins   _____   _____

   _____   Approximate arrearage   _____   _____

5.   Priority Claims:                                                                        Monthly Pmt.

   _____   Amount   _____   _____

   _____   Amount   _____   _____

6.   Home Mortgage Claims:      ( ) Paid Directly by Debtor or (X) Paid by Trustee To:       Monthly Pmt.

   Wells Fargo              ongoing payment begins   August 2019                               $729.08

                           Approximate arrearage   $15,460.00   Interest   0.00%             $258.00

                           ongoing payment begins   _____   _____

                           Approximate arrearage   _____   Interest   _____   _____

7.   Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value   Interest Rate   Monthly Pmnt.

   _____   _____   _____   _____

   _____   _____   _____   _____

8.  Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Global Lending (2017 Hyundai Veloster) | $    19,986.94 | 0.00% | $400.00 |
| | | | |

9.  Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

Collateral _____

Collateral _____

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |
| | | | |

11. Student Loan Claims and Other Long Term Claims:

_____    ( ) Not Provided For    ( ) General Unsecured Creditor

_____    ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

_____

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____ ;
Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

_____    ( ) Assume    ( ) Reject

_____    ( ) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the

hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

 /s/ Jimmy E. McElroy  TN Bar #011908           Date    May 9, 2019
Debtor's Attorney's Signature

May 15, 2019

910 > November 10, 2016