UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| In Re: | Case No. 19-23834 |
| KOJETTA FLYNN BENNETT, | Chapter 13 |
| DEBTOR(S). | |

**OBJECTION OF WELLS FARGO BANK, N.A. TO CONFIRMATION REGARDING REAL PROPERTY LOCATED AT 4565 BERRYPICK LN SOUTH, MEMPHIS, TENNESSEE 38141**

*COMES NOW* Wells Fargo Bank, N.A., for just cause, and files this written objection to confirmation pursuant to 11 USC § 1324. Wells Fargo Bank, N.A. objects and asks that a hearing be held and for grounds says that the arrearage listed in the plan is too low (plan provides for $15,460.00, whereas actual arrears are approximately $19,359.94); and that the Debtor has been involved in the following prior unsuccessful bankruptcy cases:

1. Case no. 14-32260; Filed 12/04/14, Dismissed 08/21/15
2. Case no. 15-28192; Filed 09/01/15, Dismissed 07/18/16
3. Case no. 16-27323; Filed 08/12/16, Dismissed 10/13/16
4. Case no. 16-29733; Filed 10/21/16, Dismissed 08/17/18

*WHEREFORE*, PREMISES CONSIDERED, Creditor prays:

1. That confirmation be denied.
2. That Wells Fargo Bank, N.A. be awarded its attorney fees and costs incurred in this action.
3. For any and all further relief to which it may be entitled.

Respectfully submitted,

*/s/ Jordan Anderson*
Jordan Anderson, Attorney for Creditor, Bar # 036721
joranderson@logs.com |704-609-3496
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Bonnie Culp
bculp@logs.com | 704-249-0065
Electronic Service Notifications: tnecf@logs.com

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection to Confirmation has been electronically served or mailed, postage prepaid on July 18, 2019

Jimmy E. McElroy
3780 S. Mendenhall
Memphis, TN 38115


Kojetta Bennett aka Kojetta Flynn Bennett
4565 South Berrypick Lane
Memphis, TN 38141


Sylvia F. Brown
200 Jefferson Ave. Suite #1113
Memphis, TN 38103


*/s/ Jordan Anderson*
Jordan Anderson, Attorney for Creditor, Bar # 036721
joranderson@logs.com |704-609-3496
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Bonnie Culp
bculp@logs.com | 704-249-0065
Electronic Service Notifications: tnecf@logs.com